United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 25-00939-MJC

Michael Heffelfinger     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 19, 2025     Form ID: ordsmiss     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Heffelfinger, 136 E. Garibaldi Avenue, Nesquehoning, PA 18240-1112 |
| 5702082 | + | Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 5702084 | + | Blue Ridge Cable, 20 West Ridge street, Lansford, PA 18232-1308 |
| 5702086 | + | Capital One Bank, PO Box 85870, Richmond, VA 23285-5870 |
| 5702081 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5702092 | | M&T Bank, CBD Team, Millsboro, DE 19966 |
| 5702094 | + | Marianna Heffelfinger, 136 East Garibaldi Ave, Nesquehoning, PA 18240-1112 |
| 5727157 | + | Nesquehoning Borough, c/o Robert T. Yurchak, Esquire, 1 East Catawissa Street, POB 127, Nesquehoning, PA 18240-0127 |
| 5702095 | + | Nesquehoning Borough, 114 West Catawissa St, Nesquehoning , PA 18240-1536 |
| 5727156 | + | Nesquehoning Borough Authority, c/o Robert T. Yurchak, Esquire, 1 East Catawissa Street, POB 127, Nesquehoning, PA 18240-0127 |
| 5702096 | + | Nesquehoning Tax Collector, 106 East Center St, Nesquehoning, PA 18240-1607 |
| 5702097 | + | Nesquehoning Water, 114 West Catawissa Street, Nesquehoning, PA 18240-1536 |
| 5702100 | + | Patricia R. Vito, Tax Collector, Carbon County, 106 E. Center Street PO Box 176, Nesquehoning, PA 18240-0176 |
| 5702102 | | Portfolio Recovery Associates, Riverside Commerce Center, Norfolk, VA 23502 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Dec 19 2025 18:38:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5710172 | | EDI: ATLASACQU | Dec 19 2025 23:37:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5702083 | ^ | MEBN | Dec 19 2025 18:37:13 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 5702087 | | EDI: CAPITALONE.COM | Dec 19 2025 23:37:00 | Capital One Bank USA, 15000 Capital One Drive, PO# US364401, Henrico, VA 23238 |
| 5702088 | | EDI: CITICORP | Dec 19 2025 23:37:00 | Citi Card, PO Box 8112, South Hackensack, NJ 07606 |
| 5702089 | + | EDI: CITICORP | Dec 19 2025 23:37:00 | Citibank NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5702090 | ^ | MEBN | Dec 19 2025 18:37:09 | KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 5702091 | + | Email/Text: camanagement@mtb.com | Dec 19 2025 18:38:00 | M & T Mortgage, P O. Box 619063, Dallas, TX 75261-9063 |
| 5709826 | | Email/Text: camanagement@mtb.com | Dec 19 2025 18:38:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5702093 | | Email/Text: camanagement@mtb.com | Dec 19 2025 18:38:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 5702099 | | Email/Text: blegal@phfa.org | Dec 19 2025 18:38:00 | PA Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105-8029 |
| 5702098 | + | Email/Text: blegal@phfa.org | Dec 19 2025 18:38:00 | PA Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 5716933 | | EDI: PRA.COM | Dec 19 2025 23:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5702101 | | EDI: PRA.COM | Dec 19 2025 23:37:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5710985 | + | Email/Text: blegal@phfa.org | Dec 19 2025 18:38:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5702085 | ##+ | Burton Neil & Associates, PC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Michael Heffelfinger ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) khousman@pkh.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael Heffelfinger,<br>aka Michael Patrick Heffelfinger, | Chapter 13 |
| **Debtor 1** | Case No. 5:25−bk−00939−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 19, 2025

ordsmiss (05/18)